# Court of Appeals
# of the State of Georgia

ATLANTA,  September 06, 2019

*The Court of Appeals hereby passes the following order:*

**A19A2453.  BRENT LYNCH v. THE STATE.**

In November 2013, Brent Lynch pleaded guilty to three counts of homicide by vehicle, feticide by vehicle, three counts of serious injury by vehicle, possession of methamphetamine, three counts of DUI, driving on the wrong side, and failure to maintain lane.  In January 2019, Lynch filed a motion in arrest of judgment.  The trial court denied the motion on April 15, 2019, and Lynch filed this direct appeal on May 23, 2019.  We, however, lack jurisdiction.

A notice of appeal must be filed within 30 days after the entry of the trial court's order.  OCGA § 5-6-38 (a).  The proper and timely filing of a notice of appeal is an absolute requirement to confer appellate jurisdiction on this Court.  *Rowland v. State*, 264 Ga. 872, 872 (1) (452 SE2d 756) (1995).  Lynch's notice of appeal, filed 38 days after entry of the order he wishes to appeal, was untimely. Accordingly, this appeal is hereby DISMISSED for lack of jurisdiction.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta,  09/06/2019
I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.
Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____ , *Clerk.*